In the Matter of ANGELINE S. AGRESTI, Respondent, v. N. PAUL BUSCEMI, as Superintendent of Schools of Union Free School District No. 5., Town of Babylon, et al., Appellants.

Ughetta, Acting P. J., Brennan, Rabin and Nolan, JJ., concur; Christ, J., dissents solely as to the remission with respect to the assistant principalship, as to which he would hold that petitioner had tenure. [51 Misc 2d 474.]

In the Matter of ANTHONY BADALUCCO et al., Petitioners, v. SANITARY DISTRICT No. 6, TOWN OF HEMPSTEAD et al., Respondents.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.